```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JOHN K. VINCENT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-437-MCE |
| Plaintiff, | |
| v. | ORDER RE: GOVERNMENT'S MOTION TO SEAL ATTACHMENTS |
| SAEED UR RAHMAN, | |
| Defendant. | |

After reviewing the motion of the United States to seal Attachments A-N, which were attached to the government's Sentencing Memorandum filed on November 1, 2012 in the above-captioned action, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT Attachments A-N shall be filed under seal until further order of this Court.

IT IS SO ORDERED.

Date:  November 2, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

for MORRISON C. ENGLAND, Jr.
United States District Judge

1