BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-437-MCE |
| Plaintiff, | |
| v. | ORDER RE: GOVERNMENT'S REQUEST TO SEAL EXHIBITS |
| SAEED UR RAHMAN, | |
| Defendant. | |

After reviewing the request of the United States to seal the exhibits which were attached to the Government's Memorandum in Opposition to Defendant's Request for Bail on Appeal filed on January 24, 2013 in the above-captioned action, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT said exhibits be filed under seal until further order of this Court.

IT IS SO ORDERED.

Dated: January 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

1